IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41220
Summary Calendar
_____

WILLIAM DEXTER WHITE,

                                        Petitioner-Appellant,

versus

GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT
OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.
--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CV-655
--------------------
September 9, 1999

Before REAVLEY, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     William Dexter White, Texas prisoner No. 545599, seeks a
certificate of appealability (COA) to appeal the district court's
denial of his 28 U.S.C. § 2254 petition.  White did not timely
appeal the denial of § 2254 relief and he does not challenge the
district court's determination that he has not demonstrated
excusable neglect or good cause for his failure to do so.  See
FED. R. APP. P. 4(a)(1), (5).  Accordingly, we DISMISS THE APPEAL
for want of appellate jurisdiction.

     APPEAL DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.